

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LRO
F. #2025R00358

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 25, 2025

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Joseph Neumeyer

Dear Judge Kuo:

      The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/
      Lindsey R. Oken
      Assistant U.S. Attorney
      (718) 254-6516

Enclosure

cc:    Clerk of Court (by ECF)
      Defense Counsel (by ECF)

LRO
F.# 2025R00358

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSEPH NEUMEYER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

Case No. 25 MJ 195

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lindsey R. Oken, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           May 25, 2025

                                      HONORABLE PEGGY KUO
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK